1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11                                    )
    PAUL W. JENSEN,                   )         1: 05 CV F 0793 REC DLB P
12                                    )
                    Plaintiff,        )         ORDER DISMISSING ACTION
13                                    )         PURSUANT TO PLAINTIFF'S
        v.                            )         NOTICE ERRONEOUS FILING
14                                    )
    YATES, et al.,                    )
15                                    )
                    Defendants.       )
16  _____ )

17

18
        Plaintiff, a state prisoner, filed this action on May 23, 2005 in the Sacramento Division of
19
    this Court using a form Petition for Writ of Habeas Corpus, directed to the State Supreme Court.  On
20
    June 17, 2005, the Court noted that plaintiff was alleging violation of his civil rights by the
21
    defendants.  The Court also noted that the alleged violation occurred in Fresno County.
22
    Consequently, the Court designated this as a case filed pursuant to 42 U.S.C. § 1983 and transferred
23
    it to the Fresno Division of this Court.  On June 27, 2005, plaintiff notified the Court that the filing
24
    was in error and his May 23, 2005 filing was merely a courtesy copy of his habeas petition filed in
25
    the California Supreme Court.
26
        Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by
27
    filing a notice of dismissal before service by the adverse party of an answer or of a motion for
28

1    summary judgment.  None of the defendants named in this action have been served with the

2    complaint, thus they have not filed an answer or other responsive pleading.

3            Accordingly, this action is DISMISSED pursuant to plaintiff's notice of erroneous filing and

4    the Clerk of Court is directed to close the file in this action.

5    IT IS SO ORDERED.

6    **Dated:  March 10, 2006**                          **/s/ Robert E. Coyle**
     668554                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28